UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| NIKOLAY SLOBODA, | ) | CASE NO. C08-0408-RAJ |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING § 2254 |
| | ) | PETITION |
| STATE OF WASHINGTON, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;
(2) Petitioner's § 2254 petition, and this action, are DISMISSED without prejudice; and,
(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

DATED this 24th day of April, 2008.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING § 2254 PETITION
PAGE -1